UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON B. DAVIDSON,<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.  CV-11-0094-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: March 25, 2013

                                            SEAN F. McAVOY
                                            Clerk of Court

                                            By:  *s/Jaime White*
                                                   Deputy Clerk